1   SCOTT H. WECHSLER, SBN 100452
    LAW OFFICES OF SCOTT H. WECHSLER
2   Pier 9, Suite 100
    San Francisco, CA  94111-1497
3   Telephone: (415) 777-9700
    Facsimile:  (415) 616-5040
4   wechslerlaw1@sbcglobal.net

5   Attorneys for Plaintiff

6   MELINDA HAAG (CABN 132612)
    United States Attorney
7   VICTORIA CARRADERO (CSBN 217885)
    Assistant United States Attorney
8   Civil Division
    450 Golden Gate Avenue, 10th Floor
9   San Francisco, California 94102-3495
    Telephone:  (415) 436-7181
10  Facsimile:  (415) 436-7234

11  Attorneys for Defendants

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16  LUIS PENA-FLORES,                    )  Case No.  CV11 0509 EDL
                                         )
17                      Plaintiff,       )  STIPULATION AND [PROPOSED
                                         )  ORDER] TO CONTINUE INITIAL CASE
18  vs.                                  )  MANAGEMENT CONFERENCE
                                         )
19  UNITED STATES POSTAL SERVICE,        )
    ROBERT LAZO, UNITED STATES OF        )
20  AMERICA, and DOES 1 through 50,      )  Date:   May 17, 2011
    inclusive,                           )  Time:   10:00 a.m.
21                                       )  Dept.:  Courtroom E
                        Defendants       )  Judge:  Magistrate Judge Elizabeth D. Laporte
22                                       )

23         Plaintiff LUIS PENA FLORES and Defendants UNITED STATES POSTAL SERVICE and

24  UNITED STATES OF AMERICA, by and through their respective attorneys, hereby stipulate

25  and agree to continue the Case Management Conference and all other current deadlines as

26  follows:

27         1. A continuance of the initial Case Management Conference currently scheduled on May 17,

28

    IT IS SO ORDERED
    AS MODIFIED
    *Elizabeth D. Laporte*
    Judge Elizabeth D. Laporte

    LAW OFFICES OF SCOTT H. WECHSLER
    Pier 9, Suite 100, San Francisco, CA  94111
    Tel. No. (415) 777-9700

-1-

LAW OFFICES OF SCOTT H. WECHSLER
Pier 9, Suite 100, San Francisco, CA 94111
Tel. No. (415) 777-9700

3:00 PM

1  2011 at 10:00a.m. in the above-referenced Court, to June 7, 2011 at ~~10:00 a.m.~~, or as soon

2  thereafter as the Court permits.

3      2. If the initial Case Management Conference is continued, the case schedule and other

4  deadlines are continued as follows:

5      a. The last day to meet and confer regarding initial disclosures, early settlement, ADR

6  process selection, and discovery plan would be May 10, 2011. Federal Rule of Civil Procedure

7

8  26 (f).

9      b. The last day to complete initial disclosures or state objection in the Rule 26 (f) Report,

10  file/serve a Case Management Statement, and file/serve the Rule 26 (f) Report would be May 31,

11  2011. Federal Rule of Civil Procedure 26 (a) (1), Civil L.R. 16-9.

12      3. The parties, by and through their respective attorneys, respectfully request this continuance

13  due to the mutual unavailability of counsel to meet and confer before May 10, 2011, and to allow

14  time for the defense to appear in the case.

15

16  **IT IS SO STIPULATED.**

17  DATED: April 25, 2011              LAW OFFICES OF SCOTT H. WECHSLER

18

19                                     By: /s/ Scott H. Wechsler
20                                         SCOTT H. WECHSLER
                                           Attorney for Plaintiff

21

22  DATED: April 25, 2011              MELINDA HAAG
                                       United States Attorney
23

24                                     By: /s/ Victoria Carradero
                                           VICTORIA CARRADERO
25                                         Assistant United States Attorney
                                           Attorney for Federal Defendants

26  **IT IS SO ORDERED.**

27  DATED: May 3, 2011

28                                     _____
                                       Magistrate Judge Elizabeth D. Laporte

-2-
STIPULATION AND [PROPOSED ORDER] TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE