MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:(415) 436-7181
FAX: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LUIS PENA-FLORES | ) | No. C 11- 0509  EDL |
| | ) | |
|     Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE CASE** |
|     v. | ) | **MANAGEMENT CONFERENCE AND** |
| | ) | **DUE DATES FOR CASE** |
| UNITED STATES POSTAL SERVICE | ) | **MANAGEMENT CONFERENCE** |
| | ) | **STATEMENT** |
| | ) | |
|     Defendant. | ) | |

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
DUE DATES FOR CASE MANAGEMENT CONFERENCE STATEMENT]
Case # C 11- 0509  EDL

Plaintiff Luis Pena-Flores ("Plaintiff") and Defendant United States of America, ("Defendant"), hereby stipulate as follows:

The Case Management Conference in this matter is currently set for June 16, 2011, with a statement due on June 9, 2011.

Due to the schedules of counsel, the parties need more time to meet and confer over the contents of the joint CMC statement.

ACCORDINGLY, the parties request that the Court continue the Case Management Conference until July 12, 2011 with the statement due July 5, 2011.

**IT IS SO STIPULATED**

DATED: June 8, 2011                                 SCOTT WECHSLER

                                                    _____/s/_____
                                                    Attorney for Plaintiff

DATED: June 8, 2011                                 MELINDA HAAG
                                                    United States Attorney

                                                    _____/s/_____
                                                    Victoria R. Carradero
                                                    Assistant United States Attorney
                                                    Attorneys for Federal Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference is continued from June 16, 2011 to July 12, 2011, with the joint CMC statement due July 5, 2011.

DATED: June _8_, 2011                    _Elizabeth D. Laporte_____

                                         The Honorable Elizabeth D. Laporte

                                         United States Magistrate Judge

[STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DUE DATES FOR CASE MANAGEMENT CONFERENCE STATEMENT]
Case # C 11- 0509  EDL