1   MELINDA HAAG (CABN 132612)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   VICTORIA CARRADERO (CABN 217885)
    Assistant United States Attorney
4   Civil Division
    450 Golden Gate Avenue, 9th Floor
5   San Francisco, California 94102-3495
    Telephone: (415) 436-7181
6   Facsimile: (415) 436-7234

7   Attorneys for Federal Defendant

8   SCOTT H. WECHSLER, SBN 100452
    LAW OFFICES OF SCOTT H. WECHSLER
9   Pier 9, Suite 100
    San Francisco, CA 94111-1497
10  Telephone: (415) 777-9700
    Facsimile: (415) 616-5040
11  wechslerlaw1@sbcglobal.net

12  Attorneys for Plaintiff

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17  LUIS PENA-FLORES,                    )   Case No. CV11 0509 EDL
                                         )
18              Plaintiff,               )   STIPULATION RE: MEDIATION AND
                                         )   DISCOVERY CUT-OFFS AND
19  vs.                                  )   [PROPOSED] ORDER  AS MODIFIED
                                         )
20  UNITED STATES POSTAL SERVICE,        )   Judge: Magistrate Judge Elizabeth D. Laporte
    ROBERT LAZO, UNITED STATES OF        )
21  AMERICA, and DOES 1 through 50,      )
    inclusive,                           )
22                                       )
                Defendants               )
23  _____  )

24

25

26

27

28

-1-

## **INTRODUCTION**

On November 28, 2011, the parties, through their respective counsel, Scott H. Wechsler, Esq. on behalf of Plaintiff and Victoria Carradero, Esq. on behalf of defendant, had a Joint Pre-Mediation Conference with the appointed mediator Stuart Gasner, Esq.  At that time the parties and mediator agreed that to meaningfully mediate this matter - allowing for sufficient discovery and the requisite parties' attendance – the Mediation should take place after January, 2012.  Additionally, the parties and mediator agreed that, to increase the likelihood of success at mediation by deferring the time and expense of discovery not essential to mediation, the parties would agree to extend the current discovery cut-off.  The parties filed a stipulation with the Court continuing all dates but the trial date.  Since that time, two matters have occurred necessitating the parties to submit a revised stipulation.  First, upon the filing of the parties' stipulation, the Court notified the parties that it needed more time between the proposed last date to hear dispositive motions and the date of the settlement conference.  Second, Plaintiff's counsel has run into scheduling difficulties with another matter and has requested a revised schedule.  After meeting and conferring, the parties hereby stipulate and agree and request that the Court order as follows:

1.   The mediation cut-off date is extended to April 20, 2012 to permit completion of the Mediation;

2.   Non-expert discovery completion is continued to June 1, 2012;

3.   Expert witness disclosure is continued to June 25, 2012 and expert rebuttals are continued to July 16, 2012;

4.   Expert discovery completion can be continued to August 6, 2012; and

5.   The last date to hear dispositive motions is continued to July 17, 2012.

6.   Pre-trial papers are to be served and filed on August 20, 2012 with the parties meeting and

conferring by August 10, 2012.

7.  Trial continued to October 1, 2012 with the pre-trial conference scheduled for September 11, 2012.

DATED:  January 12, 2012                LAW OFFICES OF SCOTT H. WECHSLER


                                        By:  /s/ Scott H. Wechsler_____
                                             SCOTT H. WECHSLER
                                             Attorney for Plaintiff


DATED:  January 12, 2012                MELINDA HAAG
                                        United States Attorney


                                        By:  /s/ Victoria Carradero_____
                                             VICTORIA CARRADERO
                                             Assistant United States Attorney
                                             Attorney for Federal Defendant

## ORDER

In accordance with the above Stipulation it is hereby ordered as follows:

1.  The Mediation cut-off date is continued to and through April 20, 2012;

2.  Non-expert discovery shall close on June 1, 2012;

3.  Expert disclosure shall be made no later than June 25, 2012;

4.  Rebuttal expert disclosure shall be made no later than July 16, 2012;

5.  Expert discovery shall close on August 6, 2012;

6.  The last day to hear dispositive motions is July 17, 2012.

7.  Pre-trial papers are to be served and filed on August 20, 2012 with the parties meeting and conferring by August 10, 2012.

8.   Trial continued to October 1, 2012 with the pre-trial conference scheduled for September 11, 2012 at 2:00 p.m.

1    **IT IS SO ORDERED.**

2
     DATED: _January 13, 2012_                    _Elizabeth D. Laporte_
3                                                 Magistrate Judge Elizabeth D. Laporte

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION RE:  MEDIATION AND DISCOVERY CUT-OFFS AND [PROPOSED] ORDER**