IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS PENA-FLORES, | No. C -11-00509 EDL |
| Plaintiff, | **ORDER REQUIRING STATUS REPORT** |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

On May 17, 2012, the parties informed the Court by letter (dkt 28) that Plaintiff had been placed under INS control for possible deportation, and that this would effect the pretrial and trial schedule. The parties reported that they were working to confirm Plaintiff's status and whereabouts. The Court requires an update on the status of this case. Accordingly, no later than July 12, 2012, the parties shall file a joint status report updating the Court on the status of this case.

IT IS SO ORDERED.

Dated: June 28, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge