IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS PENA-FLORES, | No. C -11-00509 EDL |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

In their July 12, 2012 Joint Status Report, the parties requested that the Court set a status conference. Accordingly, a status conference is set for August 7, 2012 at 3:45 p.m. Counsel may appear in person or telephonically. Any party wishing at appear by telephone must call the Court's courtroom deputy at 415-522-3694 no later than August 3, 2012 to provide the Court with a direct dial number to call on for this appearance. In addition, no later than noon on August 3, 2012, Plaintiff (or if not possible from Plaintiff, his attorney) shall file a declaration about his status, his whereabouts and his intent to prosecute this action.

IT IS SO ORDERED.

Dated: July 20, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge