United States District Court
For the Northern District of California

1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    LUIS PENA-FLORES,                          No. C -11-00509 EDL

9              Plaintiff,                        **ORDER SETTING STATUS
                                                CONFERENCE**
10      v.

11   UNITED STATES POSTAL SERVICE,

12             Defendant.
     _____/

13

14        In their July 12, 2012 Joint Status Report, the parties requested that the Court set a status

15   conference.  Accordingly, a status conference is set for August 7, 2012 at 3:45 p.m.  Counsel may

16   appear in person or telephonically.  Any party wishing at appear by telephone must call the Court's

17   courtroom deputy at 415-522-3694 no later than August 3, 2012 to provide the Court with a direct

18   dial number to call on for this appearance.  In addition, no later than noon on August 3, 2012,

19   Plaintiff (or if not possible from Plaintiff, his attorney) shall file a declaration about his status, his

20   whereabouts and his intent to prosecute this action.

21        IT IS SO ORDERED.

22   Dated: July 20, 2012                        _Elizabeth D. Laporte_____
                                                ELIZABETH D. LAPORTE
23                                               United States Magistrate Judge

24

25

26

27

28